IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07-CV-263-FDW

| | |
|---|---|
| In re:<br>    JOHN E. DYER and<br>    KATHLEEN C. DYER<br><br>JOHN E. DYER and KATHLEEN C. DYER,<br><br>    Appellants,<br><br>vs.<br><br>LARRY MICHAEL STILES, United States Trustee, et al.,<br><br>    Appellees. | ORDER |

In light of the prior Order of the United States Court of Appeals for the Fourth Circuit entered 20 August 2007 pursuant to Fed. R. App. P. 8, the Court hereby VACATES its Order of 22 August (Doc. No. 12) and instead DENIES AS MOOT Appellants' motion to stay pursuant to Fed. R. Civ. P. 62.

IT IS SO ORDERED.

Signed: August 24, 2007

Frank D. Whitney
United States District Judge